

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Henry Cossman, Appellant

No. 06-19-00027-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14877). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $350.00 in attorney fees for counsel appointed during the revocation proceeding. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michael Henry Cossman, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 5, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk